1    **KRONENBERGER ROSENFELD, LLP**
2    Karl S. Kronenberger (Bar No. 226112)
     Jeffrey M. Rosenfeld (Bar No. 222187)
3    Liana W. Chen (Bar No. 296965)
     150 Post Street, Suite 520
4    San Francisco, CA 94108
     Telephone: (415) 955-1155
5    Facsimile: (415) 955-1158
     Karl@KRInternetLaw.com
6    Jeff@KRInternetLaw.com
     Liana@KRInternetLaw.com
7
8    Attorneys for Plaintiff BillFloat Inc.

9

10

11

12                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
13

14
     **BILLFLOAT INC. dba SMARTBIZ**          Case No. 3:17-cv- 01742
15   **LOANS**, a Delaware corporation,

16              Plaintiff,                     **COMPLAINT FOR:**

17        v.                                   • Copyright Infringement;
                                               • Contributory Copyright Infringement;
18   **JONATHON A. GOODYEAR**, an individual,  • Trademark Infringement;
     **dba FLAGSTARFUNDING.COM**               • False Advertising;
19   **dba SBACOMMERCIALLENDING.COM**          • Trademark Infringement (State);
     **dba FLAGSTAFF FUNDING**                 • Unlawful Business Practices;
20   **dba ALLIED MORTGAGE**;                  • Intentional Interference; and
     **GROUP ONE HOLDINGS LLC**, a Florida     • Breach of Contract
21   limited liability company; and
     **DOES 1-10**, inclusive,
22
23              Defendants.                    **DEMAND FOR JURY TRIAL**

24

25

26

27

28



1    Plaintiff BillFloat Inc. *dba* SmartBiz Loans ("Plaintiff"), by and through its

2    undersigned counsel, states and alleges as follows:

3                                **INTRODUCTION**

4         1.    This case involves willful copyright and trademark infringement.

5         2.    Plaintiff is a referral and packaging agent for small business loans. In

6    particular, Plaintiff provides a platform for small businesses to assist them in obtaining

7    loans with the Small Business Administration ("SBA") through Plaintiff's website located

8    at <SmartBizLoans.com> ("Proprietary Site"). Plaintiff owns several trademarks and

9    copyrights covering the content on its Proprietary Site.

10        3.    Defendant Jonathon A. Goodyear, with and through other entity Defendants,

11   repeatedly infringed on Plaintiff's intellectual property rights by incessantly creating

12   copycat websites without Plaintiff's permission or authorization to deceive consumers,

13   create the appearance of affiliation with Plaintiff's trusted services, and obtain payment

14   and personal identifying information in bad faith from consumers seeking loan services.

15        4.    Plaintiff has been substantially harmed as a result of this misconduct and

16   will continue to incur damages until Defendants' fraudulent scheme is enjoined.

17                            **JURISDICTION AND VENUE**

18        5.    This Court has subject matter jurisdiction over federal copyright and

19   trademark infringement claims under 28 U.S.C. §§ 1331, 1338.

20        6.    This Court has personal jurisdiction over Defendants because, on

21   information and belief, Defendants have systematically targeted misconduct towards

22   California, including by copying Plaintiff's California-based website and intentionally

23   harming Plaintiff, which has a principal office in California. Further, Defendants entered

24   into and breached a contract in California and, through the contract, expressly consented

25   to jurisdiction in San Francisco, California.

26        7.    Venue is proper pursuant to 28 U.S.C. § 1391 because a substantial part of

27   the events or omissions giving rise to Plaintiff's claims occurred within this District, and

28   Defendants contracted with Plaintiff and consented to venue in San Francisco, California.

KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA  94108



KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA 94108

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**INTRADISTRICT ASSIGNMENT**

8.     This intellectual property action should be assigned on a district-wide basis.

**THE PARTIES**

9.     Plaintiff is a Delaware corporation with foreign registration in California and its principal place of business in San Francisco, California.

10.     On information and belief, Defendant Group One Holdings LLC is a Florida limited liability company owned by Defendant Jonathon A. Goodyear and used to commit ongoing trademark and copyright infringement.

11.     On information and belief, Defendant Jonathon A. Goodyear is an individual residing in Florida who owns, operates, supervises, and does business as FlagStarFunding.com, SBACommercialLending.com, FlagStaff Funding, Allied Mortgage, and Group One Holdings LLC, is a principal of and not separable from those entities, and actively directed and participated in the misconduct alleged and is thus personally liable.

12.     Plaintiff does not know the true names and capacities of Defendants sued herein as Does 1–10 inclusive and therefore sues using fictitious names. On information and belief, each Doe Defendant is liable to Plaintiff based on the facts alleged, whether as agents, officers, employees, or otherwise. Plaintiff will amend this Complaint to state the true names and capacities of the Doe Defendants once they have been discovered.

**FACTUAL ALLEGATIONS**

**Plaintiff's Business and Marks**

13.     Plaintiff's business grew out of the 2008 financial crisis when banks had difficulties funding small business growth. Plaintiff created an innovative solution focusing on SBA loans, low interest rates, affordable monthly payments, and long repayment terms. Plaintiff has relationships with lenders who extend credit to small businesses. Plaintiff also built a platform with advanced technology to streamline the SBA application process, making it easier and more cost effective for banks to provide small loans to businesses. Plaintiff's platform was the first online marketplace for SBA loans to give small businesses high approval rates with easy access to the best deals. In particular,



KRONENBERGER | ROSENFELD

150 Post Street, Suite 520,  San Francisco, CA  94108

1  Plaintiff matches customers' businesses with the lender most likely to fund the loan. As a

2  result, Plaintiff's customers are given fast access to funding and can thus have working

3  capital to pay for real estate, employees, marketing, equipment, and other costs. Plaintiff

4  is the nation's #1 facilitator of certain SBA loans, has received outstanding customer

5  satisfaction ratings, and has obtained numerous awards for its business.

6  14.   Plaintiff's Proprietary Site and platform allows small business to efficiently

7  apply for and obtain SBA loans of around $30,000 to $350,000. In exchange for providing

8  referral and packaging services, customers pay Plaintiff referral and packaging fees.

9  15.   Plaintiff has continuously used the marks SMARTBIZ, SMARTBIZ LOANS,

10  and SBA LOANS MADE EASY, as well as the "swoosh" logo under the SMARTBIZ mark

11  (collectively, the "Marks") in commerce in connection with its goods and services and the

12  Proprietary Site since approximately 2013.

13  16.   On January 28, 2014, Plaintiff obtained a federal trademark registration with

14  the U.S. Patent and Trademark Office, Serial No. 86023486, for use of the word mark

15  SMARTBIZ in connection with arranging of loans, credit and loan services, financial loan

16  consultation, financing and loan services, and same for small businesses.

17  17.   Plaintiff has applied for federal trademark registrations for the word marks

18  SMARTBIZ LOANS and SBA LOANS MADE EASY (Serial Nos. 87358292 and

19  87358308, respectively). Plaintiff also has common law trademark rights in those marks,

20  as well as the "swoosh" logo, and the public has come to associate Plaintiff and its goods

21  and services with those marks.

22  18.   Plaintiff has expended significant sums in advertising and promoting its

23  brand, goods, and services in connection with its Marks since its inception.

24  **Plaintiff's Copyrights**

25  19.   Most of the images, writings, and graphic elements on the Proprietary Site

26  are original, creative works in which Plaintiff owns protectable copyright interests.

27  20.   Plaintiff has registered for U.S. copyright registration for the Proprietary Site

28  (USCO Case No. 1-4667539601) ("Copyrights"), including the content, text, html code,

and images as well as the arrangement and look and feel of the website, and which entitles Plaintiff to bring an action for copyright infringement in California.

### Defendants' Willful Infringement

21.    On information and belief, Defendants own, operate, and are responsible for all content on multiple infringing websites, including at <www.FlagStarFunding.com> and <www.SBACommercialLending.com> (collectively, "Infringing Sites").

22.    On information and belief, Defendants created the Infringing Sites as "cut-and-paste" replicas of Plaintiff's Proprietary Site for the purpose of deceiving consumers into (a) believing there was sponsorship or affiliation with Plaintiff's goods and services and (b) providing payment and financial information. The Infringing Sites copied nearly all content of Plaintiff's Proprietary Site, including the SBA LOANS MADE EASY mark, the "swoosh" logo, photographs, images, terms of service, descriptions, color patterns, look, feel, and other content. On information and belief, Defendants simply cut and pasted Plaintiff's html code and other intellectual property to confuse consumers.

23.    On information and belief, the Infringing Sites are monetized in that they request payment and financial information from consumers who sign up for loan services.

24.    On information and belief, Defendants have received a financial benefit directly attributable to their infringement, including through website traffic and sales.

25.    Defendants copied Plaintiff's Proprietary Site without Plaintiff's license or permission and, on information and belief, in knowing violation of U.S. copyright and trademark laws. The following table illustrates how Defendants cut and pasted Plaintiff's Proprietary Site (left) onto Defendants' Infringing Sites (middle and right) in bad faith:

//
//
//
//
//
//

KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA 94108



**Plaintiff's Proprietary Site**   **Infringing Site (FlagStarFunding)**   **Infringing Site (SBACommercialLending)**































26.   Plaintiff has facilitated repeated removal of the Infringing Sites pursuant to the Digital Millennium Copyright Act, 17 U.S.C. §§ 512, *et seq.*; however, each time the Infringing Sites were removed, Defendants obtained new (and sometimes international)

website hosts to create other Infringing Sites (typically with the same domain name(s) but different hosts). This endless whack-a-mole highlights Defendants' bad faith.

27.     On information and belief, Defendants have a pattern and practice of ongoing infringement to create a false sense of endorsement with financial institutions to wrongfully obtain payment and consumer financial information, including through the Infringing Sites, Internet advertisements, and the following websites: <www.alliedcapitalfundingcorp.com>, <alliedmortgageinc.com>, <lowratematch.net>, <ratenavigators.net>, <synergybusinesscapital.com>, <fastrackbusinessfunding.com>, <unitedwaymints.com>, and <luxxxcompanions.com>.

28.     As a result of Defendants' repeated bad faith infringement of Plaintiff's intellectually property rights, Plaintiff has been substantially harmed, including through lost profits and loss of goodwill, and Defendants have wrongfully obtained profits.

### Defendants' Breach of Contract

29.     In or around August 2016, Defendant Goodyear applied for a loan with Plaintiff using information related to his companies, Group One Holdings LLC, FlagStaff Funding, and Allied Mortgage allegedly on behalf of himself and those entities.

30.     In using the Proprietary Site and applying for the loan, Defendants entered into a contract with Plaintiff and agreed to be bound by Plaintiff's terms of service, which state, among other things, that Defendants would not use, copy, display, distribute, or reproduce any trademarks or copyrighted material from the Proprietary Site and that Defendants consented to jurisdiction and venue in San Francisco, California. A true and correct copy of the terms of service is attached hereto as **Exhibit 1**.

31.     Defendants breached their contract with Plaintiff by willfully infringing on Plaintiff's protected Marks and Copyrights, causing Plaintiff damages.

### FIRST CLAIM FOR RELIEF

### Copyright Infringement, 17 U.S.C. §§ 501, *et seq.*

### (Against All Defendants)

32.     Plaintiff repeats and incorporates each allegation contained in the

KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA  94108

1  paragraphs above as if fully alleged herein.

2      33.    The Proprietary Site contains original, creative works in which Plaintiff owns

3  protectable copyright interests.

4      34.    Plaintiff has filed for copyright registration for the Proprietary Site (USCO

5  Case No. 4667539601), including content and arrangement therein.

6      35.    Plaintiff has not licensed use of its Copyrights to Defendants, nor has

7  Plaintiff assigned any of its exclusive rights in its Copyrights to Defendants.

8      36.    On information and belief, without permission or authorization from Plaintiff,

9  and in willful violation of Plaintiff's rights under 17 U.S.C. § 106, Defendants reproduced

10  Plaintiff's Copyrights on the Infringing Sites and Internet advertisements.

11      37.    On information and belief, hundreds or thousands of people have viewed

12  the unlawful copies of Plaintiff's copyrighted material on the Infringing Sites.

13      38.    On information and belief, Defendants had knowledge of the copyright

14  infringement alleged herein and had the ability to stop the reproduction and display of

15  Plaintiff's copyrighted material, yet willfully chose to engage in the infringing acts.

16      39.    Defendants' copyright infringement has damaged Plaintiff in an amount to

17  be proven at trial.

## SECOND CLAIM FOR RELIEF

### Contributory Copyright Infringement

### (Against Defendant Goodyear)

21      40.    Plaintiff repeats and incorporates each allegation contained in the

22  paragraphs above as if fully alleged herein.

23      41.    On information and belief, Defendant Goodyear participated in the

24  infringement of Plaintiff's Copyrights by, among other things, financially benefiting from

25  the infringement with knowledge that Defendants did not have rights in the Copyrights.

26      42.    On information and belief, Defendant Goodyear provided the means by

27  which the entity Defendants infringed on Plaintiff's Copyrights by, among other things,

28  registering the Infringing Sites, copying Plaintiff's Proprietary Site, and causing the

1  infringing content to be posted to the Infringing Sites.

2  43.  Defendant Goodyear's contributory copyright infringement has damaged

3  Plaintiff in an amount to be proven at trial.

4  **THIRD CLAIM FOR RELIEF**

5  **Trademark Infringement, 15 U.S.C. §§ 1125(a)(1)(A), *et seq.***

6  **(Against All Defendants)**

7  44.  Plaintiff repeats and incorporates each allegation contained in the

8  paragraphs above as if fully alleged herein.

9  45.  Plaintiff has continuously used its Marks, including SBA LOANS MADE

10  EASY and the "swoosh" logo, in commerce throughout the nation in connection with its

11  goods and services.

12  46.  On information and belief, Defendants had knowledge of Plaintiff's rights in

13  its Marks and, in creating and using the Infringing Sites, intended to cause confusion,

14  mistake, or deception and misappropriate Plaintiff's goodwill; despite repeated website

15  takedowns, Defendants knowingly, deliberately, and willfully continued to use the

16  Infringing Sites in interstate commerce in connection with the sale, offering for sale,

17  distribution, and/or advertising of Defendants' sham goods and services.

18  47.  Defendants' conduct is likely to cause confusion, mistake, or deception as

19  to the affiliation, connection, or association of Defendants and Plaintiff and as to the

20  origin, sponsorship, or approval of their products and services, given the similarity and

21  directly competitive fields of Plaintiff's Marks and infringing marks on the Infringing Sites.

22  48.  Defendants' conduct constitutes unfair competition in violation of § 43 of the

23  Lanham Act, 15 U.S.C. § 1125(a)(1)(A).

24  49.  As a result of Defendants' conduct, Plaintiff has suffered damages and

25  irreparable injury for which there is no adequate remedy at law.

26  //

27  //

28  //

KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA 94108

**FOURTH CLAIM FOR RELIEF**

**False Advertising, 15 U.S.C. §§ 1125(a)(1)(B),** *et seq.*

**(Against All Defendants)**

50.     Plaintiff repeats and incorporates each allegation contained in the paragraphs above as if fully alleged herein.

51.     Plaintiff has continuously used its Marks, including SBA LOANS MADE EASY and the "swoosh" logo, in commerce throughout the nation in connection with its goods and services.

52.     On information and belief, Defendants had knowledge of Plaintiff's rights in its Marks and, in creating and using the Infringing Sites, intended to cause confusion, mistake, or deception and misappropriate Plaintiff's goodwill; despite repeated website takedowns, Defendants knowingly, deliberately, and willfully continued to use the Infringing Sites in interstate commerce in connection with the sale, offering for sale, distribution, and/or advertising of Defendants' sham goods and services.

53.     Defendants' commercial advertising and promotion, including through the Infringing Sites, misrepresent the nature, characteristics, and qualities of their goods, services, and commercial activities.

54.     Defendants' conduct constitutes false advertising in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(B).

55.     As a result of Defendants' conduct, Plaintiff has suffered damages and irreparable injury for which there is no adequate remedy at law.

**FIFTH CLAIM FOR RELIEF**

**Trademark Infringement, Cal. Bus. & Prof. Code §§ 14245,** *et seq.*

**(Against All Defendants)**

56.     Plaintiff repeats and incorporates each allegation contained in the paragraphs above as if fully alleged herein.

57.     Plaintiff has continuously used its Marks, including SBA LOANS MADE EASY and the "swoosh" logo, in commerce throughout the nation in connection with its

KRONENBERGER | ROSENFELD
150 Post Street, Suite 520, San Francisco, CA  94108

1   goods and services.

2   58.   On information and belief, Defendants had knowledge of Plaintiff's rights in

3   its Marks and, in creating and using the Infringing Sites, intended to cause confusion,

4   mistake, or deception and misappropriate Plaintiff's goodwill; despite repeated website

5   takedowns, Defendants knowingly, deliberately, and willfully continued to use the

6   Infringing Sites in interstate commerce in connection with the sale, offering for sale,

7   distribution, and/or advertising of Defendants' sham goods and services.

8   59.   Defendants' conduct is likely to cause confusion, mistake, or deception as

9   to the affiliation, connection, or association of Defendants and Plaintiff and as to the

10   origin, sponsorship, or approval of their products and services, given the similarity and

11   directly competitive fields of Plaintiff's Marks and infringing marks on the Infringing Sites.

12   60.   Defendants' conduct constitutes infringement under Cal. Bus. & Prof. Code

13   §§ 14245, *et seq.*

14   61.   As a direct result of Defendants' conduct, Plaintiff has suffered damages

15   and irreparable injury for which there is no adequate remedy at law.

16   **SIXTH CLAIM FOR RELIEF**

17   **Unlawful Business Practices, Cal. Bus. & Prof. Code §§ 17200, *et seq.***

18   **(Against All Defendants)**

19   62.   Plaintiff repeats and incorporates each allegation contained in the

20   paragraphs above as if fully alleged herein.

21   63.   Plaintiff has continuously used its Copyrights and Marks in commerce

22   throughout the nation in connection with its goods and services.

23   64.   On information and belief, Defendants had knowledge of Plaintiff's rights in

24   its Copyrights and Marks and, in creating and using the Infringing Sites, intended to

25   cause confusion, mistake, or deception and misappropriate Plaintiff's goodwill; despite

26   repeated website takedowns, Defendants knowingly, deliberately, and willfully continued

27   to use the Infringing Sites in interstate commerce in connection with the sale, offering for

28   sale, distribution, and/or advertising of Defendants' sham goods and services.

KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA 94108

65.     Defendants' conduct is likely to cause confusion, mistake, or deception as to the affiliation, connection, or association of Defendants and Plaintiff and as to the origin, sponsorship, or approval of their products and services, given the similarity and directly competitive fields of the Proprietary Site and the Infringing Sites.

66.     Defendants' conduct constitutes unfair, unlawful, and/or fraudulent business practices within the meaning of Cal. Bus. & Prof. Code §§ 17200, *et seq.*

67.     As a direct result of Defendants' conduct, Plaintiff has lost money for which Defendants have been unjustly enriched, and Plaintiff has suffered irreparable injury for which there is no adequate remedy at law.

**SEVENTH CLAIM FOR RELIEF**

**Intentional Interference**

**(Against All Defendants)**

68.     Plaintiff repeats and incorporates each allegation contained in the paragraphs above as if fully alleged herein.

69.     Plaintiff had an economic relationship with third parties who wanted to pay Plaintiff in exchange for Plaintiff's loan-related services, with the probability of future economic benefit to Plaintiff in the form of payment for its referral and packaging fees.

70.     On information and belief, Defendants had knowledge of Plaintiff's economic relationships, and Defendants intentionally created and operated the Infringing Sites to disrupt Plaintiff's economic relationships.

71.     Defendants' conduct caused disruption of Plaintiff's economic relationships and proximately caused Plaintiff economic damages, including lost sales and lost profits.

**EIGHTH CLAIM FOR RELIEF**

**Breach of Contract**

**(Against All Defendants)**

72.     Plaintiff repeats and incorporates each allegation contained in the paragraphs above as if fully alleged herein.

73.     In or around August 2016, Defendants entered into a contract with Plaintiff

KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA  94108

1   by using the Proprietary Site and applying for Plaintiff's loan-related services. The

2   essential terms of the contract were clearly and unambiguously laid out in the terms of

3   service and included that Defendants would not use or reproduce Plaintiff's intellectual

4   property.

5       74.   Plaintiff performed all obligations under the contract, including by providing

6   website services and reviewing Defendants' application.

7       75.   Defendants have materially breached their duties under the contract,

8   including by copying and reproducing Plaintiff's Marks and copyrighted content.

9       76.   As a direct result of Defendants' breach, Plaintiff has incurred damages.

**PRAYER FOR RELIEF**

11  **WHEREFORE**, Plaintiff respectfully requests judgment as follows:

12      1.   That the Court enter judgment against Defendants that they have

13  committed and are committing acts of copyright infringement, trademark infringement,

14  false advertising, unlawful business practices, intentional interference, and breach of

15  contract.

16      2.   That the Court order Defendants to pay Plaintiff's damages as follows:

17      a.  The greater of Plaintiff's damages (Plaintiff's actual damages plus

18         Defendants' profits) in an amount to be determined according to proof or

19         statutory damages per 17 U.S.C. § 504(c) of $150,000 per infringement;

20      b.  The greater of Plaintiff's damages (Plaintiff's actual damages plus

21         Defendants' profits) in an amount to be determined according to proof or

22         statutory damages per 15 U.S.C. § 1117 of $200,000 per counterfeit mark

23         or $2,000,000 if infringement is found to be willful;

24      c.  Restitution for violation of Cal. Bus. & Prof. Code §§ 17200, *et seq.*;

25      d.  Plaintiff's attorney's fees, including pursuant to 17 U.S.C. § 505 and 15

26         U.S.C. §§ 1117, *et seq.*;

27      e.  Plaintiff's costs; and

28      f.  Interest, including prejudgment interest, on the foregoing sums.

KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA 94108

1      3.    That the Court issue injunctive relief against Defendants, requiring

2 Defendants to immediately and permanently cease all infringement.

3      4.    That the Court grant to Plaintiff such additional relief as is just and proper.

4

5 Respectfully Submitted,

6 Dated: March 29, 2017          **KRONENBERGER ROSENFELD, LLP**

7

8 By: _____

9           Karl S. Kronenberger

10      Attorneys for Plaintiff BillFloat Inc

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA 94108

1

**REQUEST FOR JURY TRIAL**

2

Plaintiff hereby demands a trial of this action by jury.

3

4   Dated: March 29, 2017                    **KRONENBERGER ROSENFELD, LLP**

5

6   By: _Karl S. Kronenberger_

7                                                    Karl S. Kronenberger

8                                             Attorneys for Plaintiff BillFloat Inc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



KRONENBERGER | ROSENFELD
150 Post Street, Suite 520, San Francisco, CA  94108

Exhibit 1



## SmartBizLoans.com
## Terms and Conditions of Service

PLEASE CAREFULLY REVIEW THESE TERMS AND CONDITIONS OF USE
BEFORE USING THIS WEB SITE. BY ACCESSING THIS WEBSITE YOU AGREE
TO BE BOUND BY THE TERMS AND CONDITIONS BELOW.  IF YOU DO NOT
AGREE WITH THESE TERMS AND CONDITIONS, PLEASE DO NOT ACCESS
THIS WEBSITE.

**User Agreement**
The following are terms of a legal agreement (the "Agreement") between you and SmartBiz,
Inc. dba SmartBiz Loans ("SmartBiz", "we", "us", "our", or the "SmartBiz Team") that sets
forth the terms and conditions for your use of this web site and our hosted web-based
applications (the "Site").  This Site and the services its offers (the "SmartBiz Services") are
being provided to you expressly subject to this Agreement. By accessing, browsing and/or
using this Site, you acknowledge that you have read, understood, and agree to be bound by
the terms of this Agreement and to comply with all applicable laws and regulations. The terms
and conditions of this Agreement form an essential basis of our bargain.

We reserve the right to amend this Agreement at any time and will notify you of any such
changes by posting the revised Agreement on the Site. You should check this Agreement
periodically for changes. All changes shall be effective upon posting. Your continued use of
the Site after any change to this Agreement constitutes your agreement to be bound by any
such changes. We may terminate, suspend, change, or restrict access to all or any part of this
Site without notice or liability.

**Registration Information and the Need for Accuracy**
You are invited to register at the Site to help us tailor the SmartBiz Services for your business
financial needs and to alert you to other products and services for your business. In
registering to use the Site, you agree to provide accurate, true, current, and complete
information about your business as requested by the registration screens, including
information about principal shareholders, officers, and directors of the business.  As a
convenience to you, the Site will create a profile for your business based on the registration
information that you provide (a "SmartBiz Account"). This profile and any registration
information you provide will be protected as described in our Privacy Policy
([https://www.smartbizloans.com/agreements/privacy-policy.pdf](https://www.smartbizloans.com/agreements/privacy-policy.pdf)).

IT IS YOUR RESPONSIBILITY TO ENSURE THAT ANY INFORMATION YOU
PROVIDE TO US ABOUT YOUR BUSINESS IS ACCURATE AND IS NOT
CONTRADICTED BY YOUR BUSINESS RECORDS AND PUBLIC FILINGS, SUCH

AS, BUT NOT LIMITED TO, YOUR TAX RETURNS AND CORPORATE FILINGS. Lenders with whom we work will check all or part of your loan application against documents such as tax returns you have provided to the IRS in the past.  We cannot effectively refer you to an appropriate lender or verify that you meet a lender's underwriting criteria unless the information you have provided us is accurate.

You certify that information provided in your loan application and in all supporting documents and forms is true and accurate.  The penalty for knowingly making a false statement to obtain a loan guaranteed by the Small Business Administration (SBA) can include fines of up to $25,000 and imprisonment of up to five years, pursuant to 18 U.S.C. § 1001.  False statements to a federally insured depository institution, such as the SBA lenders with whom we work, may be punished with fines up to $1,000,000 and/or imprisonment for up to 30 years pursuant to 18 U.S.C. § 1014.

**Closing Your Account and Ceasing Email Communications**
If you wish to cancel and close your SmartBiz Account, contact us by telephone at 866-283-8726.  If you wish to stop receiving email communications from us, you are advised to close your SmartBiz Account.

**Who We Are and What We Do**
SmartBiz is a Referral Agent and Packaging Agent for small business loans. SmartBiz is not a small business lender and does not, itself, provide SBA-guaranteed business loans.  SmartBiz has expertise identifying appropriate lenders for various types and sizes of businesses that often have a difficult time securing affordable credit. SmartBiz has proprietary technology to streamline and expedite the process of applying for small business credit. SmartBiz has relationships with and provides technology to lenders who often extend credit to small businesses.

**How We Get Paid**
In exchange for providing Referral and Packaging services, we charge a Referral Fee and a Packaging Fee.  Our Referral Fee is less than or equal to two percent (2%) of the amount of the small business loan which you accept from a lender to whom we made a referral.  Our Packaging Fee is less than or equal to two percent (2%) of the amount of the loan amount for which we help you prepare a loan application.  If you receive a loan based on our referral and our packaging services, the Referral Fee and Packaging Fee will be paid to us directly by the lender from your loan proceeds.  Because you are required to pay the Packaging Fee even if your loan is not ultimately funded, we will engage in extensive prequalification of your business and use commercially reasonable efforts to only package a loan application for you if we believe, based on the information you have provided to us, that your business is eligible to receive the loan for which we help you apply.  It remains your responsibility to ensure that the information you provide to us about your business is not contradicted by documents and information, such as, but not limited to, tax returns, that lenders with whom we work may request as part of your application.

**Updating Your Information**
In order to assist your business in finding a lender and applying for a loan, we require up-to-date information about your business and its principal shareholders, directors, and officers. For this reason, we require that you complete our forms within 30 days of the time that you

begin filling them out.  If you do not complete our application forms within this 30 day timeframe, you may be required to fill them out again in order to proceed with having us refer you to a lender and package your loan application.

**SBA Requirements for Loan Applications**
The SBA does not require the use of an Agent for Packaging Services or referring a loan application in order to apply for an SBA loan. If you apply for an SBA loan of more than $25,000, a lien on business assets is required including assets such as accounts receivable or inventory, as well as fixed assets such as new equipment purchased with loan proceeds or commercial real estate owned by the business. The lender may require additional collateral, as well.

**Copyright; Limitation of Use**
The copyright in all material on this Site, including without limitation the text, data, articles, design, source code, software, photos, images and other information (collectively the "Content"), is held by SmartBiz or by the original creator of the material and is protected by U.S. and International copyright laws and treaties. You agree that the Content may not be copied, reproduced, distributed, republished, displayed, posted, or transmitted in any form or by any means, including, but not limited to, electronic, mechanical, photocopying, recording, or otherwise, without the express prior written consent of SmartBiz. You acknowledge that the Content is and shall remain the property of SmartBiz.

You may not modify, participate in the sale or transfer of, or create derivative works based on any Content,  in whole or in part. The use of the Content on any other Site, including by linking or framing,  or in any networked computer environment for any purpose, is prohibited without SmartBiz's prior written approval. You also may not, without SmartBiz's express written permission, "mirror" any material contained on this Site on any other server. Any unauthorized use of any Content on this Site may violate copyright laws, trademark laws, the laws of privacy and publicity, and communications statutes and regulations.

You agree to use the Content and Site only for lawful purposes. You are prohibited from any use of the Content of Site that would constitute a violation of any applicable law, regulation, rule or ordinance of any national, state, or locality or of any international law or treaty, or that could give rise to any civil or criminal liability. Any unauthorized use of the Site, including but not limited to unauthorized entry into SmartBiz's systems, misuse of passwords,  or misuse of any information posted on the Site is strictly prohibited. SmartBiz makes no claims concerning whether the Content may be downloaded or is appropriate for use outside of the United States. If you access this Site from outside of the United States, you are solely responsible for ensuring compliance with the laws of your specific jurisdiction. Your eligibility for particular products or services is subject to final determination by SmartBiz.

**Privacy and Your Information**
The SmartBiz Privacy Policy (https://www.smartbizloans.com/agreements/privacy-policy.pdf) is incorporated into this Agreement. This policy explains how BillFloatSmartBiz protects the privacy of nonpublic business and personal information you share with us and how we use it. The policy may change from time to time at our discretion. Changes will be effective upon posting to the Site.

You acknowledge that we may disclose and transfer any information that you provide through this Site to (i) SmartBiz's affiliates, lenders, agents or information providers; (ii) to providers of small business credit and services that may be appropriate for your company; (iii) to any other person or entity with your consent; or (iv) if we have a right or duty to disclose or

are permitted or compelled to so disclose such information by law. You consent to the transmission, transfer or processing of such information to, or through, any country in the world, as we deem necessary or appropriate, and by using and providing information through this Site you agree to such transfers.

Use of this Site may be monitored, tracked, and recorded. Anyone using this Site expressly consents to such monitoring, tracking, and recording. You are responsible for being familiar with the current version of these Terms and Conditions posted on the Site during each session.

**Trademarks**

SmartBiz, SmartBiz (including the SmartBiz logo), SmartBiz.com, SmartBizLoans.com, SmartBizloan.com, and all related logos (collectively the "SmartBiz trademarks") are trademarks or service marks of SmartBiz. Other company, product, and service names and logos used and displayed on this Site may be trademarks or service marks owned by SmartBiz or others. Nothing on this Site should be construed as granting, by implication, estoppel, or otherwise, any license or right to use any of the SmartBiz trademarks displayed on this Site, without our prior written permission in each instance. You may not use, copy, display, distribute, modify or reproduce any of the trademarks found on the Site unless in accordance with written authorization by us. We prohibit use of any of the SmartBiz trademarks as part of a link to or from any site unless establishment of such a link is approved in writing by us in advance. Any questions concerning any SmartBiz Trademarks, or whether any mark or logo is a SmartBiz Trademark, should be referred to SmartBiz.

**Links to Third-Party Sites**

This site may contain links to websites controlled or offered by third parties (non-affiliates). SmartBiz hereby disclaims liability for any information, materials, products or services posted or offered at any of the third-party sites linked to this website. By creating a link to a third-party website, SmartBiz does not endorse or recommend any products or services offered or information contained at that website, nor is SmartBiz liable for any failure of products or services offered or advertised at those websites. Such third party may have a privacy policy different from that of SmartBiz and the third party website may provide less security than the SmartBiz site.  You are encouraged to review the Privacy Policy and Terms of Use on these third party websites if you choose to access them.

**Use of Third Party Service Providers**

We may use third party service providers to assist in providing certain SmartBiz Services  with or without notice to you (each, a "Third Party Service Provider").  We may also change  Third Party Service Providers or may provide a SmartBiz Service without the assistance of  such third party. You consent and authorize us to delegate the authorizations you provide to  us to our Third Party Service Provider(s) as we deem necessary or desirable to provide the applicable SmartBiz Service to you. You agree that the terms and conditions of this Agreement, including any of the other terms, conditions, warranty disclaimers and liability disclaimers incorporated into this Agreement, inure to the benefit of such Third Party Service Providers and such Third Party Service Providers are deemed to be third party

beneficiaries of this Agreement, including any other terms, conditions, warranty disclaimers and liability disclaimers incorporated into this Agreement. You also agree that all references to us within this Agreement and any incorporated terms are also deemed to include, where applicable, our agents, such as the Third Party Service Providers.

To protect the privacy and security of your personal information, we require that Third Party Service Providers who are authorized to access your personal information take privacy and confidentiality measures to protect it.

### Use of Cookies

We use temporary cookies for login session management. If you disable cookies, you cannot access the Site.

### Use of Browser Plug-Ins

Use of our Site requires users to run Javascript in their browser.

### Disclaimer of Warranties

THE INFORMATION AND MATERIALS CONTAINED IN THIS SITE, INCLUDING TEXT, GRAPHICS, LINKS OR OTHER ITEMS AND CONTENT ARE PROVIDED "AS IS", "AS AVAILABLE," WITHOUT ANY WARRANTY, EITHER EXPRESS OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT OR TITLE. ADDITIONALLY, THERE ARE NO WARRANTIES AS TO THE RESULTS OF YOUR USE OF THE CONTENT.  SMARTBIZ DOES NOT WARRANT THAT THE SITE IS FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS.  THIS DISCLAIMER DOES NOT AFFECT THOSE WARRANTIES WHICH ARE INCAPABLE OF EXCLUSION, RESTRICTION OR MODIFICATION UNDER THE LAWS APPLICABLE TO THIS AGREEMENT.

SMARTBIZ MAY DISCONTINUE OR MAKE CHANGES TO THE CONTENT AND SITE AT ANY TIME WITHOUT PRIOR NOTICE TO YOU AND WITHOUT ANY LIABILITY TO YOU.  ANY DATED INFORMATION IS PUBLISHED AS OF ITS DATE ONLY, AND SMARTBIZ DOES NOT UNDERTAKE ANY OBLIGATION OR RESPONSIBILITY TO UPDATE OR AMEND ANY SUCH INFORMATION. SMARTBIZ RESERVES THE RIGHT TO TERMINATE ANY OR ALL SITE OFFERINGS OR TRANSMISSIONS WITHOUT PRIOR NOTICE TO YOU.  THIS SITE COULD CONTAIN TECHNICAL INACCURACIES OR TYPOGRAPHICAL ERRORS.  USE OF THIS SITE IS AT YOUR OWN RISK.

### Limitation of Liability

IN NO EVENT WILL SMARTBIZ BE LIABLE FOR ANY DAMAGES INCLUDING GENERAL, SPECIAL, DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL, PUNITIVE, EXEMPLARY, OR ANY OTHER DAMAGES, LOSSES OR EXPENSES (INCLUDING, WITHOUT LIMITATION, LOST PROFITS OR BUSINESS INTERRUPTION) OF ANY KIND WHETHER IN AN ACTION IN CONTRACT OR NEGLIGENCE ARISING OR RELATING IN ANY WAY TO THE USE OR INABILITY TO USE BY ANY PARTY OF THE CONTENT, THE SITE OR ANY THIRD-PARTY SITE TO WHICH THIS SITE IS LINKED, OR IN CONNECTION WITH ANY FAILURE OF PERFORMANCE, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER VIRUS OR LINE OR SYSTEM FAILURE, EVEN IF SMARTBIZ, OUR REPRESENTATIVES THEREOF, ARE ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, LOSSES, OR

EXPENSES. YOUR SOLE REMEDY FOR DISSATISFACTION WITH THIS SITE IS TO
STOP USING THE SITE. IF YOUR USE OF MATERIALS FROM THIS SITE RESULTS
IN THE NEED FOR SERVICING, REPAIR OR CORRECTION OF EQUIPMENT OR
DATA, YOU ASSUME ANY COSTS THEREOF. IF THE FOREGOING LIMITATION
IS FOUND TO BE INVALID, YOU AGREE THAT SMARTBIZ'S TOTAL LIABILITY
FOR ALL DAMAGES, LOSSES, OR CAUSES OF ACTION OF ANY KIND OR
NATURE SHALL BE LIMITED TO THE GREATEST EXTENT PERMITTED BY
APPLICABLE LAW.

**Security of Data Transmissions and Storage**
Electronic (including wired and wireless) communications through the Site may not be
encrypted. You acknowledge that there is a risk that data, including e-mail, electronic and
wireless communications and personal data, may be accessed by unauthorized third parties
when communicated between you and SmartBiz or between you and other parties.

**Indemnification**
You agree to indemnify and hold harmless SmartBiz from and against any and all claims,
losses, expenses, demands or liabilities, including attorneys' fees and costs, incurred by
SmartBiz in connection with any claim by a third party (including any intellectual property
claim) arising out of (i) materials and content you submit to, post to, or transmit through the
Site, or (ii) your use of the Site in violation of this Agreement or in violation of any
applicable law. You further agree that you will cooperate fully in the defense of any such
claims.  SmartBiz reserves the right, at their own expense, to assume the exclusive defense
and control of any matter otherwise subject to indemnification by you, and you shall not in
any event settle any such claim or matter without the written consent of SmartBiz.

**Monitoring of the Site**
SmartBiz has no obligation to monitor the Site; however, you acknowledge and agree that
SmartBiz has the right to monitor the Site electronically from time to time and to disclose any
information as necessary or appropriate to satisfy any law, regulation or other governmental
request, to operate the Site, or to protect itself or other users of the Site.

**Potential Disruption of Service**
You shall be responsible for obtaining and maintaining all telephone, computer hardware,
software, and other equipment needed to access and use this Website. Access to this Site may
from time to time be unavailable, delayed, limited or slowed due to, among other things:

- hardware failure, including among other things, failures of computers (including
  your own computer), servers, networks, telecommunication lines and connections,
  and other electronic and mechanical equipment;
- software failure, including among other things, bugs, errors, viruses, configuration
  problems, incompatibility of systems, utilities or applications, the operation of
  firewalls or screening programs, unreadable codes, or irregularities within particular
  documents or other content;

- overload of system capacities;
- damage caused by severe weather, earthquakes, wars, insurrection, riots, terrorism, civil commotion, act of God, accident, fire, water damage, explosion, mechanical breakdown or natural disasters;
- interruption (whether partial or total) of power supplies or other utility of service;
- strike or other stoppage (whether partial or total) of labor;
- governmental or regulatory restrictions, exchange rulings, court or tribunal orders or other human intervention; or
- any other cause (whether similar or dissimilar to any of the foregoing) whatsoever beyond our control.

If access to this Site is unavailable, delayed, or limited, or if this Site does not operate quickly and efficiently, you may be unable to complete your application or transmit your instructions for transactions and other matters, or such application or instructions may not be promptly executed or you may be unable to retrieve information on a timely basis. If your operations are dependent on such communications with us, and such communications are disrupted or delayed, you may suffer losses.  SmartBiz will not be liable for any such loss.

**Use of Personally Identifiable Information**
BSmartBiz's practices and policies with respect to the collection and use of personally identifiable information are governed by the SmartBizloans.com Privacy Policy (https://www.smartbizloans.com/agreements/privacy-policy.pdf).

**Unauthorized Use of Your Registration**
If you believe that someone has used your registration information to access the Site without your authorization, please call us immediately at 866-283-8726.

**Business Use of this Site**
You agree to use the Site for only business use, not for seeking household, personal, or family credit.

**Consultation with Counsel**
If you do not understand any aspect of this Agreement or its terms and conditions, you are advised to consult with your own legal counsel for advice. IT IS IMPORTANT THAT YOU UNDERSTAND THE TERMS AND CONDITIONS OF THIS AGREEMENT BECAUSE THEY WILL BE BINDING UPON YOU.

**Availability**
This Site is not intended for distribution to, or use by, any person or entity in any jurisdiction or country where such distribution or use would be contrary to local law or regulation. By offering this Site and Content no distribution or solicitation is made by SmartBiz to any person to use the Site or Content in jurisdictions where the provision of the Site and/or Content is prohibited by law.

**Termination**
This Agreement is effective until terminated by SmartBiz. SmartBiz may terminate this Agreement at any time without notice, or suspend or terminate your access and use of the Site at any time, with or without cause, in SmartBiz's absolute discretion and without notice. The following provisions of the Agreement shall survive termination of your use or access to the Site: the sections concerning Indemnification, Disclaimer of Warranties, Limitation of Liability, Waiver, Applicable Law and Dispute Resolution, and General Provisions, and any

other provision that by its terms survives termination of your use or access to the Site.

**Waiver**

Failure by SmartBiz to enforce any of its rights under this Agreement shall not be construed as a waiver of those rights or any other rights in any way whatsoever.

**Applicable Law and Dispute Resolution**

This Agreement and all other aspects of your use of the Site shall be governed by and construed in accordance with the laws of the United States and, to the extent applicable, the laws of the State of California, without regard to its conflict of laws rules. You agree that you will notify SmartBiz in writing of any claim or dispute concerning or relating to the Site and the information or services provided through it, and give SmartBiz a reasonable period of time to address it BEFORE bringing any legal action, either individually, as a class member or representative, or as a private attorney general, against SmartBiz.

Any action against SmartBiz arising from or relating to your access to and use of the Site and the provisions of these Terms and Conditions must be brought by you in state or federal court located in the State of California, City and County of San Francisco. You consent to the jurisdiction and venue of the state and federal courts located within the State of California, City and County of San Francisco, for the adjudication of all claims by SmartBiz against you arising from or relating to your access to and use of the Website and the provisions of these Terms and Conditions.

**Other Agreements**

This Agreement shall be subject to any other agreements you have entered into with SmartBiz.

**Additional Terms**

Certain sections or pages on the Site may contain separate terms and conditions of use, which are in addition to the terms and conditions of this Agreement. In the event of a conflict, the additional terms and conditions will govern for those sections or pages.

**Severability**

If any provision of this Agreement is found to be invalid or unenforceable, the remaining provisions shall be enforced to the fullest extent possible, and the remaining provisions of the Agreement shall remain in full force and effect.

**General Provisions**

This Agreement supersedes any previous Terms of Use Agreement to which you and SmartBiz may have been bound with regard to SmartBiz and SmartBiz.com. This Agreement will be binding on, inure to the benefit of, and be enforceable against the parties and their respective successors and assigns. Neither the course of conduct between parties nor trade practice shall act to modify any provision of the Agreement. All rights not expressly granted herein are hereby reserved. Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section.

**U.S. PATRIOT ACT DISCLOSURE**

**IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT**

To help the government fight the funding of terrorism and money laundering activities,

Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for you: If you receive a loan from one of our partner lenders, this is considered an account. When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you.  We may also ask to see your driver's license or other identifying documents.