UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLFLOAT INC.,<br>　　　　Plaintiff,<br>　　v.<br>JONATHON A. GOODYEAR, et al.,<br>　　　　Defendants. | Case No. 17-cv-01742-KAW<br><br>**ORDER LIFTING STAY AND SETTING MOTION FOR DEFAULT JUDGMENT** |

On February 2, 2018, Plaintiff filed a notice that the bankruptcy court had reinstated Defendant Jonathon A. Goodyear's bankruptcy case. (Dkt. No. 26.) Plaintiff attached the bankruptcy court's order, which stated that the automatic stay under 11 U.S.C. § 362 was effective as of the date of the order. (Dkt. No. 26, Exh. A at 2.) In light of the reinstatement, the Court stayed the case and vacated the March 1, 2018 hearing on Plaintiff's motion for default judgment against Defendants Group One Holdings LLC and Goodyear. (Dkt. No. 27.)

On May 25, 2018, Plaintiff filed a status report, stating that the Chapter 7 Trustee's Report of No Distribution had been filed in Defendant Goodyear's bankruptcy case. (Dkt. No. 28 at 1.) On May 29, 2018, Plaintiff filed a supplemental status report, stating that Defendant Goodyear's bankruptcy case had been closed without discharge on May 23, 2018. (Dkt. No. 29 at 1, Exh. A.) Plaintiff requested that the Court lift the stay, and allow Plaintiff to file the proposed order pursuant to the Court's January 10, 2018 Order Regarding Motion for Default Judgment. (Dkt. Nos. 28 at 1, 29 at 1.) Plaintiff also requested that the Court either rule on Plaintiff's motion for default judgment without a hearing or set a hearing date. (Dkt. Nos. 28 at 1, 29 at 1.)

Accordingly the Court LIFTS the stay on the case. Plaintiff shall have seven days from the date of this order to file a proposed order consistent with the Court's January 10, 2018 order. The

Court sets a hearing on Plaintiff's motion for default judgment for July 19, 2018 at 1:30 p.m.[1]

IT IS SO ORDERED.

Dated: June 4, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] The Court will not grant a request to vacate the hearing. Plaintiff, however, may request to appear at the hearing by telephone.